UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61356-CIV-DIMITROULEAS

JOSE CURTIELLAS,

    Plaintiff,

vs.

PENTAGROUP FINANCIAL, LLC,

    Defendant.
_____/

**ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    THIS CAUSE is before the Court upon the Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 5], filed on August 26, 2010. The Court has carefully considered Notice and the record and is otherwise fully advised in the premises.

    Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment," as is the case here. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 5] is hereby **APPROVED**;

    2. The above-styled case is **DISMISSED with prejudice**;

    3. The Clerk shall close this case;

    4. All pending motions are hereby denied as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 27th day of August, 2010.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record